IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIIA TAKTASHEVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-05237

Judge Charles P. Kocoras

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | black friday deals today 50% OFF CHUAKE |
| 4 | chengshenmaoyi ( Black Friday Deals 2024 ) |
| 5 | Black of Friday Clearance 2024--VLOUYP |
| 6 | RALUEMID7-14 DAYS FAST SHIPPING |
| 7 | YSMKQY |
| 10 | black friday deals 2024-Stutye |
| 11 | LEE SEN |
| 12 | slqdgmryz-Black Friday Deals 7-20 Days Delivery |
| 13 | TIANHEKAI-MEI |
| 15 | MIEDEXP - Fall and Winter Clothes Deals |
| 16 | DINGLIA |
| 17 | DAILSA |
| 19 | XIKUNG |
| 21 | LEINTEREST |
| 23 | GADMUIP |
| 25 | JJHAEVDY |
| 33 | TRISEASY |
| 77 | fansell |
| 78 | tuanni3841 |
| 80 | Tarity |

Case: 1:25-cv-05237 Document #: 35 Filed: 06/22/25 Page 2 of 3 PageID #:331

| | |
|---|---|
| 91 | Moslion Art Direct |
| 94 | Tracey Gord |
| 108 | Fakifak |
| 122 | DGUVZO |
| 125 | XYDE |
| 129 | BAMOWEYSHOP |
| 134 | DucstoreVN35 |
| 140 | SHIRUIO SHOP |
| 141 | Oangccc |
| 143 | Yabbey Direct |
| 153 | ANTOPM |
| 157 | yqfz |
| 163 | Ashlyn Wall art |

DATED: June 22, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt